UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER, | 1:21-cv-00122-AWI-GSA-PC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST TO RE-FILE COMPLAINT IN THIS ACTION SUBJECT TO SOUTHERN DISTRICT'S PRE-FILING ORDER** |
| vs. | **(ECF No. 10.)** |
| ALLISON, et al., | |
| Defendants. | |

**I.   BACKGROUND**

Allen Hammler ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  On March 8, 2021, Plaintiff's application to proceed *in forma pauperis* was denied under 28 U.S.C. § 1915(g) and this case was dismissed without prejudice to re-filing the case with payment of the filing fee.  (ECF No. 8.)

On March 10, 2021, Plaintiff filed a request to re-file the complaint in this action subject to the Southern District's pre-filing order calling Plaintiff vexatious.  (ECF No. 10.)  Plaintiff also lodged a proposed complaint.  (ECF No. 11.)

**II.   PLAINTIFF'S REQUEST**

Plaintiff requests leave to re-submit the complaint for this action subject to the pre-filing order issued in case no. 18-cv-0326-AJB-WVG (So. Dist. Cal. 2019); Hammler v. Alvarez, which calls Plaintiff "vexatious."  (ECF No. 10.)

1

The Southern District's pre-filing order referred to by Plaintiff states that:

> Allen Hammler must seek and obtain leave of the presiding judge of the appropriate Court, prior to filing any new actions, against any defendant, in any forum in the State of California, based upon, or related in any way, to lawsuits alleging civil rights violations, lawsuits against prison officials, or federal habeas petitions.

(Case no. 3:18-cv-00326-ABJ-WVG (So. Dist. Cal. 2019), Document 63 at 7:10-14.)

The Southern District's order directs Plaintiff to obtain leave of the presiding judge prior to filing *any new actions*, however re-filing the complaint in this action as requested by Plaintiff would not open a *new action*.[1]  Therefore the Southern District's order is not applicable to Plaintiff's proposed complaint lodged on March 25, 2021 and as a result Plaintiff's request shall be denied.

Moreover, Plaintiff is reminded that the order dismissing this case, issued on March 8, 2021, gave Plaintiff leave to re-file this case "with submission of the $402.00 filing fee," and Plaintiff has not submitted the filing fee.  (ECF No. 8 at 2 ¶ 3.)

### III.    CONCLUSION

Based on the foregoing, it is HEREBY ORDERED that Plaintiff's request, filed on March 25, 2021, is denied.

IT IS SO ORDERED.

Dated:   **March 29, 2021**               **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The original Complaint for this case was filed on January 29, 2021.  (ECF No. 1.)